UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HENRY CULBERTSON, SR.,   )<br>　　　　　　　　　　Plaintiff,    )<br>　　　　　　　　　　　　　　　　)<br>-v-　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>LOWE'S HOME CENTERS, LLC,　　 )<br>　　　　　　　　　　Defendant.   )<br>　　　　　　　　　　　　　　　　) | No. 1:17-cv-241<br><br>Honorable Paul L. Maloney |

# JUDGMENT

This Court lacks subject-matter jurisdiction over the action and the matter has been remanded to the state courts. Because there are no pending claims, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

Although this is a final order, it is not appealable. *See Blackburn v. Oaktree Capital Mgmt, LLC,* 511 F.3d 633, 637 (6th Cir. 2008).

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  July 25, 2017 　　　　　　　　　　　　　　  /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　United States District Judge